THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DONALD B. WINSHIP, Appellant.

Submitted May 23, 1955; decided June 2, 1955.

*John W. Condon, Jr.,* for motion.

No one opposed.

Motion granted.